LEVY DAVIS & MAHER, LLP
Jonathan A. Bernstein
Attorneys for Plaintiffs
39 Broadway, Suite 1620
New York, New York 10006
(212) 371-0033

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| NANCY ORELLANA, MELY LU, and ERICA RIEKERT, | 13 Civ. 05201 (KPF) |
| Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiffs, | |
| - against - | **AFFIDAVIT OF SERVICE** |
| GOTHAM CITY RESTAURANT GROUP, INC., GOTHAM CITY RESTAURANT GROUP, LLC, CHARLES MILITE, ERIC PETTERSON and CAROLYN BENITEZ, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF NEW YORK  )

RENE NUSS-CANEDA, being duly sworn, deposes and says:

1. I am not a party to the within action. I am over 18 years of age. I reside in the County of Queens, City and State of New York.

2. On this 5th day of August, 2013, I served a copies of the within Notice of Initial Pretrial Conference, together with copies of Judge Failla's Individual Rules and Practices, upon each defendant by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York

State, addressed as indicated hereinunder:

27 Union Square West, Suite #500
New York, NY 10003

_Rene Nuss-Caneda_
Rene Nuss-Caneda

Sworn to before me
this 5th day of August, 2013

_____
Notary Public

JONATHAN A. BERNSTEIN
Notary Public, State of New York
No. 01BE5010034
Qualified in New York County
Commission Expires March 22, 2015