UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NANCY ORELLANA, MELY LU, and ERICA   :      13 Civ.
RIEKERT,   :  

  :  

Individually and on Behalf of All Others   :  
Similarly Situated,   :  

  :  

                 Plaintiffs,   :  

  :  

      - against -   :   **CONSENT TO JOIN**
  :   **COLLECTIVE ACTION**

GOTHAM CITY RESTAURANT GROUP, INC.,   :  
GOTHAM CITY RESTAURANT GROUP, LLC,   :  
CHARLES MILITE, ERIC PETTERSON and   :  
CAROLYN BENITEZ,   :  

  :  

               Defendants .   :  
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

To:     Clerk of the Court
        Southern District of New York
        500 Pearl Street
        New York, New York 10007

      I was employed by Gotham City Restaurant Group, Inc., Gotham City Restaurant Group, LLC, Charles Milite, Eric Petterson and Carolyn Benitez on or after July 21, 2010. I understand this suit is being brought under the federal Fair Labor Standards Act for unpaid minimum wages. I consent to become a party plaintiff to this lawsuit, to be represented by Levy Davis & Maher, LLP (retainer agreement on file at 39 Broadway, Suite 1620, New York, New York 10006) and to be bound by any settlement of this action or adjudication of the Court.

      I declare under penalty of perjury that the foregoing is true and correct.

_____         7/19/13
Signature                                       Date

Nancy Orellana
Printed Name

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NANCY ORELLANA, MELY LU, and ERICA   :    13 Civ.
RIEKERT,         :

         :
Individually and on Behalf of All Others   :
Similarly Situated,    :

         :
         Plaintiffs,   :

         :
     - against -    :    **CONSENT TO JOIN**
         :    **COLLECTIVE ACTION**

GOTHAM CITY RESTAURANT GROUP, INC., :
GOTHAM CITY RESTAURANT GROUP, LLC, :
CHARLES MILITE, ERIC PETTERSON and  :
CAROLYN BENITEZ,    :

         :
       Defendants .  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

To:   Clerk of the Court
     Southern District of New York
     500 Pearl Street
     New York, New York 10007

     I was employed by Gotham City Restaurant Group, Inc., Gotham City Restaurant Group, LLC, Charles Milite, Eric Petterson and Carolyn Benitez on or after July 21, 2010. I understand this suit is being brought under the federal Fair Labor Standards Act for unpaid minimum wages. I consent to become a party plaintiff to this lawsuit, to be represented by Levy Davis & Maher, LLP (retainer agreement on file at 39 Broadway, Suite 1620, New York, New York  10006) and to be bound by any settlement of this action or adjudication of the Court.

     I declare under penalty of perjury that the foregoing is true and correct.

_____        ___07.12.13___
Signature                  Date

_____
Printed Name    MELY LU

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NANCY ORELLANA, MELY LU, and ERICA        :        13 Civ.
RIEKERT,                                                         :
                                                                       :
Individually and on Behalf of All Others              :
Similarly Situated,                                            :
                                                                       :
                                        Plaintiffs,            :
                                                                       :
                     - against -                               :        **CONSENT TO JOIN**
                                                                       :        **COLLECTIVE ACTION**
GOTHAM CITY RESTAURANT GROUP, INC.,   :
GOTHAM CITY RESTAURANT GROUP, LLC,    :
CHARLES MILITE, ERIC PETTERSON and      :
CAROLYN BENITEZ,                                     :
                                                                       :
                                        Defendants .         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

To:   Clerk of the Court
        Southern District of New York
        500 Pearl Street
        New York, New York 10007

        I was employed by Gotham City Restaurant Group, Inc., Gotham City Restaurant Group,
LLC, Charles Milite, Eric Petterson and Carolyn Benitez on or after July 21, 2010. I understand
this suit is being brought under the federal Fair Labor Standards Act for unpaid minimum wages.
I consent to become a party plaintiff to this lawsuit, to be represented by Levy Davis & Maher,
LLP (retainer agreement on file at 39 Broadway, Suite 1620, New York, New York  10006) and
to be bound by any settlement of this action or adjudication of the Court.

        I declare under penalty of perjury that the foregoing is true and correct.

_____                    7/16/2013
Signature                                                                Date

_Erica Riekert_____
Printed Name